Certificate Number: 05781-PAM-DE-031484382

Bankruptcy Case Number: 18-03251



05781-PAM-DE-031484382

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2018, at 5:15 o'clock PM PDT, Kevin Keough completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  August 16, 2018            By:    /s/Allison M Geving

                                  Name:  Allison M Geving

                                  Title: President