## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin Michael Keough | Chapter 13 |
| Debtor | |
| | 1:18-bk-03251-RNO |
| Kevin Michael Keough | |
| Movant | Motion to Extend Time |

**MOTION FOR EXTENSION OF TIME**

AND NOW, the Debtor, by and through his attorney, Dawn Cutaia, of Pugh & Cutaia, PLLC, files this Motion for Extension of Time and in support thereof states the following:

1. Debtor filed an emergency Chapter 13 Bankruptcy petition on August 2, 2018 to stop the sale of his house.
2. Debtor filed a motion to extend time to file documents on August 10, 2018, giving Debtor until August 22, 2018 to file his remaining paperwork.
2. The Court has not yet ruled on that Motion but Counsel needs additional time to review the paperwork with Debtor.
3. This is the Debtor's second request for an extension.

WHEREFORE, Debtor respectfully requests this Honorable Court grant him an extension until August 29, 2018 to file all required documents.

Date: 8/22/18

Respectfully Submitted:
/s/ Dawn M. Cutaia
Attorney for Debtor
Supreme Court ID 77965

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin Michael Keough | Chapter 13 |
| Debtor | |
| | 1:18-bk-03251-RNO |
| Kevin Michael Keough | |
| Movant | Motion to Extend Time |

## ORDER

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby GRANTED and the Debtor is given an extension until August 29, 2018 to file all required documents.