```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 18-03251-RNO
Kevin Michael Keough                                                    Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: DGeorge                Page 1 of 1                  Date Rcvd: Aug 28, 2018
                               Form ID: ntnew341            Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
```
db             +Kevin Michael Keough,    335 Folkstone Way,    York, PA 17402-4229
5092101         Department of Revenue,    1 Revenue Place,    Harrisburg PA 17129-0001
5092105         Fbc Mortgage,    425 Phillips Blvd,    York PA 17402
5092106         Fbc Mortgage Llc,    189 South Orange Aveste,    Orlando FL 32801
5092110        #+Penn Credit,    916 S 14th St,    Harrisburg PA 17104-3425
5092109        +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg PA 17108-0988
5092099        +York Adams Tax Claim Bureau,    PO BOX 15627,    York PA 17405-0156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 28 2018 19:10:28      
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
5092102        +E-mail/Text: ally@ebn.phinsolutions.com Aug 28 2018 19:09:00      Ally Auto,    P.o. Box 9001951,
                 Louisville KY 40290-1951
5092103        +E-mail/Text: ally@ebn.phinsolutions.com Aug 28 2018 19:09:00      Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington MN 55438-0901
5092104        +E-mail/Text: ally@ebn.phinsolutions.com Aug 28 2018 19:09:00      Ally Financial,
                 200 Renaissance Ctr,    Detroit MI 48243-1300
5094191        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 28 2018 19:10:27      
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5092107        +E-mail/Text: bnc-bluestem@quantum3group.com Aug 28 2018 19:09:23      Fingerhut,
                 Attn: Bankruptcy,    Po Box 1250,    Saint Cloud MN 56395-1250
5092108        +E-mail/Text: bnc-bluestem@quantum3group.com Aug 28 2018 19:09:23      Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud MN 56303-0820
5092100         E-mail/Text: cio.bncmail@irs.gov Aug 28 2018 19:09:04      IRS Centralized Insolvency Oper.,
                 Post Office Box 7346,    Philadelphia PA 19101-7346
5092112        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2018 19:08:58
                 Verizon Wireless,    Po Box 650051,    Dallas TX 75265-0051
5092111        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2018 19:08:58
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy,    500 Technology Dr, Ste 550,
                 Weldon Spring MO 63304-2225
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Kevin Michael Keough dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    FBC Mortgage, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

| | |
|---|---|
| In re: | |
| Kevin Michael Keough, | Chapter 13 |
| **Debtor 1** | Case No. 1:18−bk−03251−RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: October 4, 2018 <br> Time: 10:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DGeorge, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 28, 2018 |

ntnew341 (04/18)