York Area United Fire and Rescue  
50 Commons Drive  
York, PA 17402  
(717) 718-2383  

*** This is not a check ***

Voucher Date  
1/5/2018

Voucher Number  
3625

Direct Deposit Advice

Direct Deposit Amount          ****2,723.47

Not a check  
4521 90019 1/5/2018 3625

Kevin Keough  
335 Folkstone Way  
York, PA 17402

---

Kevin Keough                                                        January 05, 2018                                              3625

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 90019 | Loc | 904-4110 | Period Begin | 12/16/2017 | Net Pay | 2,723.47 |
| SSN | XXX-XX-7176 | Hire Date | 8/28/2001 | Period End | 12/29/2017 | Dir Dep | 2,723.47 |
| | | | | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Pay | 104.00 | 26.98 | 2,805.75 | 2,805.75 |
| FLSA | 4.00 | 13.49 | 53.96 | 53.96 |
| Holiday Fire Fighters | 32.80 | 26.98 | 884.89 | 884.89 |
| | 140.80 | | 3,744.60 | 3,744.60 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-6 | 3,495.85 | 298.42 | 298.42 |
| Medicare | | 3,680.38 | 53.37 | 53.37 |
| OASDI | | 3,680.38 | 228.18 | 228.18 |
| Pennsylvania SITW(Pennsylvania SITW) | M-0 | 3,680.38 | 112.99 | 112.99 |
| PA SUI - EE(PA SUI - EE) | | 3,744.60 | 2.62 | 2.62 |
| York Tax Collection District(Springettsbury T.) | | 3,680.38 | 36.80 | 36.80 |
| Spring Garden T.(York)(York Suburban S D)LST(Spring Garden T.(York)(York Suburban S D)LST) | | 3,744.60 | 2.00 | 2.00 |
| | | | 734.38 | 734.38 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Pension | 184.53 | 184.53 |
| PreHealth Fire Fighter | 64.22 | 64.22 |
| Fire Dues | 38.00 | 38.00 |
| | 286.75 | 286.75 |

### Payment Summary for Voucher 3625

| | |
|---|---|
| Total Gross Pay | 3,744.60 |
| Federal Taxes | -579.97 |
| State and Local Taxes | -154.41 |
| Other Deductions | -286.75 |
| Net Pay | 2,723.47 |
| Direct Deposits | -2,723.47 |
| Net Check | 0.00 |

### Additional Information

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Checking Account | Ends with *** 1700 | 2,723.47 |
| | | 2,723.47 |

**York Area United Fire and Rescue**
50 Commons Drive
York, PA 17402
(717) 718-2383

*** This is not a check ***

Voucher Date: 1/19/2018
Voucher Number: 3675

*Direct Deposit Advice*

**Direct Deposit Amount** ****2,501.60

Not a check
4521 00010 1/19/2018 3675

Kevin Keough
335 Folkstone Way
York, PA 17402

---

| Kevin Keough | January 19, 2018 | 3675 |
|---|---|---|

| Emp Id | 90019 | Loc | 904-4110 | Period Begin | 12/30/2017 | Net Pay | 2,501.60 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-7176 | Hire Date | 8/28/2001 | Period End | 1/12/2018 | Dir Dep | 2,501.60 |
| | | | | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Pay | 80.00 | 27.57 | 2,205.93 | 5,011.68 |
| Vacation | 24.00 | 26.98 | 647.48 | 647.48 |
| Holiday | 10.40 | 26.98 | 280.58 | 567.35 |
| Holiday | 10.40 | 27.57 | 286.77 | |
| FLSA | | | 0.00 | 53.96 |
| Holiday Fire Fighters | | | 0.00 | 884.89 |
| | 124.80 | | 3,420.76 | 7,165.36 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-6 | 3,189.64 | 252.48 | 550.90 |
| Medicare | | 3,360.68 | 48.73 | 102.10 |
| OASDI | | 3,360.68 | 208.37 | 436.55 |
| Pennsylvania SITW(Pennsylvania SITW) | M-0 | 3,360.68 | 103.17 | 216.16 |
| PA SUI - EE(PA SUI - EE) | | 3,420.76 | 1.68 | 4.30 |
| York Tax Collection District(Springettsbury T.) | | 3,360.68 | 33.61 | 70.41 |
| Spring Garden T.(York)(York Suburban S D)LST(Spring Garden T.(York)(York Suburban S D)LST) | | 3,420.76 | 2.00 | 4.00 |
| | | | 650.04 | 1,384.42 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Pension | 171.04 | 355.57 |
| PreHealth Fire Fighter | 60.08 | 124.30 |
| Fire Dues | 38.00 | 76.00 |
| | 269.12 | 555.87 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Checking Account | Ends with *** 1700 | 2,501.60 |
| | | 2,501.60 |

### Payment Summary for Voucher 3675

| | |
|---|---|
| Total Gross Pay | 3,420.76 |
| Federal Taxes | -509.58 |
| State and Local Taxes | -140.46 |
| Other Deductions | -269.12 |
| Net Pay | 2,501.60 |
| Direct Deposits | -2,501.60 |
| Net Check | 0.00 |

### Additional Information

| | CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|---|
| | DUU | 005072 | 004 | DN50X | 0000020028 | 1 |

BREWERY PRODUCTS CO.
1017 NORTH SHERMAN STREET
YORK, PENNSYLVANIA 17402

# Earnings Statement

Period Ending: 01/07/2018
Pay Date: 01/10/2018

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 4
   PA: N/A

00000000018
KEVIN KEOUGH
335 FOLKSTONE WAY
YORK, PA 17402

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.1000 | 15.00 | 256.50 | 342.00 |
| **Gross Pay** | | | **$256.50** | 342.00 |

**Deductions**    Statutory

| | this period | year to date |
|---|---|---|
| Social Security Tax | -15.90 | 21.20 |
| Medicare Tax | -3.72 | 4.96 |
| PA State Income Tax | -7.87 | 10.49 |
| Springettsbu Income Tax | -2.57 | 3.43 |
| PA SUI/SDI Tax | -0.16 | 0.21 |
| **Net Pay** | **$226.28** | |
| Dir Dep Saving | -226.28 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $256.50

---

BREWERY PRODUCTS CO.
1017 NORTH SHERMAN STREET
YORK, PENNSYLVANIA 17402

Advice number: 00000020028
Pay date: 01/10/2018

**Deposited to the account of**
KEVIN KEOUGH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4524 | xxxx xxxx | $226.28 |

Void After 90 Days

**NON-NEGOTIABLE**

*THIS IS NOT A CHECK*

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|-----|------|-------|-------|-----------|-----|
| DUU | 005072 | 004 | DN50X | 0000040028 | 1 |

**BREWERY PRODUCTS CO.**
**1017 NORTH SHERMAN STREET**
**YORK, PENNSYLVANIA 17402**

# Earnings Statement

ADP

Period Ending: 01/21/2018
Pay Date: 01/24/2018

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 4
 PA: N/A

00000000019
KEVIN KEOUGH
335 FOLKSTONE WAY
YORK, PA 17402

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.1000 | 14.75 | 252.23 | 859.28 |
| **Gross Pay** | | | **$252.23** | 859.28 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -15.64 | 53.28 |
| | Medicare Tax | -3.66 | 12.46 |
| | PA State Income Tax | -7.74 | 26.37 |
| | Springettsbu Income Tax | -2.52 | 8.60 |
| | PA SUI/SDI Tax | -0.16 | 0.52 |
| **Net Pay** | | **$222.51** | |
| Dir Dep Saving | | -222.51 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $252.23

© 1998, 2006. ADP, LLC All Rights Reserved.
© 2000 ADP, LLC
▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BREWERY PRODUCTS CO.
1017 NORTH SHERMAN STREET
YORK, PENNSYLVANIA 17402

Advice number: 00000040028
Pay date: 01/24/2018

**Deposited to the account of**
KEVIN KEOUGH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4524 | xxxx xxxx | $222.51 |

Void After 90 Days

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

```
CO.    FILE    DEPT.   CLOCK   VCHR. NO.  052
DUU   005072   004     DN50X   0000050019  1
```

BREWERY PRODUCTS CO.
1017 NORTH SHERMAN STREET
YORK, PENNSYLVANIA 17402

# Earnings Statement

![ADP]

Period Ending:    01/28/2018
Pay Date:         01/31/2018

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:    4
   PA:         N/A

00000000012
KEVIN KEOUGH
335 FOLKSTONE WAY
YORK, PA 17402

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.1000 | 13.25 | 226.58 | 1,085.86 |
| **Gross Pay** | | | **$226.58** | 1,085.86 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -14.04 | 67.32 |
| | Medicare Tax | -3.28 | 15.74 |
| | PA State Income Tax | -6.96 | 33.33 |
| | Springettsbu Income Tax | -2.27 | 10.87 |
| | PA SUI/SDI Tax | -0.13 | 0.65 |
| **Net Pay** | | **$199.90** | |
| Dir Dep Saving | | -199.90 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $226.58

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BREWERY PRODUCTS CO.
1017 NORTH SHERMAN STREET
YORK, PENNSYLVANIA 17402

Advice number:    00000050019
Pay date:         01/31/2018

**Deposited to the account of**
KEVIN KEOUGH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4524 | xxxx xxxx | $199.90 |

Void After 90 Days

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

Case 1:18-bk-03251-RNO   Doc 25   Filed 08/31/18   Entered 08/31/18 12:48:00   Desc
Main Document    Page 5 of 11

York Area United Fire and Rescue  
50 Commons Drive  
York, PA 17402  
(717) 718-2383

*** This is not a check ***

Voucher Date: 7/6/2018  
Voucher Number: 4266

**Direct Deposit Advice**

**Direct Deposit Amount** ****2,534.95

Not a check  
4521 90019 7/6/2018 4266

Kevin Keough  
335 Folkstone Way  
York, PA 17402

---

Kevin Keough | July 06, 2018 | 4266

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 90019 | Loc | 904-4110 | Period Begin | 6/16/2018 | Net Pay | 2,534.95 |
| SSN | XXX-XX-7176 | Hire Date | 8/28/2001 | Period End | 6/29/2018 | Dir Dep | 2,534.95 |
| | | | | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Pay | 80.00 | 27.57 | 2,205.93 | 36,777.08 |
| Overtime | 12.00 | 41.36 | 496.33 | 4,591.09 |
| Vacation | 24.00 | 27.57 | 661.78 | 3,294.60 |
| FLSA | | | 0.00 | 53.96 |
| Holiday | | | 0.00 | 567.35 |
| Holiday Fire Fighters | | | 0.00 | 2,318.74 |
| | 116.00 | | 3,364.04 | 47,602.82 |

### Payment Summary for Voucher 4266

| | |
|---|---|
| Total Gross Pay | 3,364.04 |
| Federal Taxes | -449.13 |
| State and Local Taxes | -138.49 |
| Other Deductions | -241.47 |
| Net Pay | 2,534.95 |
| Direct Deposits | -2,534.95 |
| Net Check | 0.00 |

### Taxes

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-6 | 3,160.57 | 196.38 | 2,914.37 |
| Medicare | | 3,303.96 | 47.91 | 678.86 |
| OASDI | | 3,303.96 | 204.84 | 2,902.69 |
| Pennsylvania SITW(Pennsylvania SITW) | M-0 | 3,303.96 | 101.43 | 1,437.29 |
| PA SUI - EE(PA SUI - EE) | | 3,364.04 | 2.02 | 28.56 |
| York Tax Collection District(Springettsbury T.) | | 3,303.96 | 33.04 | 468.19 |
| Spring Garden T.(York)(York Suburban S D)LST(Spring Garden T.(York)(York Suburban S D)LST) | | 3,364.04 | 2.00 | 28.00 |
| | | | 587.62 | 8,457.96 |

### Other Deductions from Pay

| | Current Amt | Ytd Amt |
|---|---|---|
| Pension | 143.39 | 2,147.92 |
| PreHealth Fire Fighter | 60.08 | 785.18 |
| Fire Dues | 38.00 | 532.00 |
| | 241.47 | 3,465.10 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Checking Account | Ends with *** 1700 | 2,534.95 |
| | | 2,534.95 |

York Area United Fire and Rescue
50 Commons Drive
York, PA 17402
(717) 718-2383

*** This is not a check ***

Voucher Date: 7/20/2018
Voucher Number: 4317

*Direct Deposit Advice*

Direct Deposit Amount  ****2,740.90

Not a check
4521 00019 7/20/2018 4317

Kevin Keough
335 Folkstone Way
York, PA 17402

---

Kevin Keough — July 20, 2018 — 4317

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 90019 | Loc | 904-4110 | Period Begin | 6/30/2018 | Net Pay | 2,740.90 |
| SSN | XXX-XX-7176 | Hire Date | 8/28/2001 | Period End | 7/13/2018 | Dir Dep | 2,740.90 |
| | | | | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Pay | 104.00 | 27.57 | 2,867.71 | 39,644.79 |
| Overtime | 12.00 | 41.36 | 496.33 | 5,087.42 |
| Holiday Fire Fighters | 10.40 | 27.57 | 286.77 | 2,605.51 |
| FLSA | | | 0.00 | 53.96 |
| Holiday | | | 0.00 | 567.35 |
| Vacation | | | 0.00 | 3,294.60 |
| | 126.40 | | 3,650.81 | 51,253.63 |

### Payment Summary for Voucher 4317

| | |
|---|---|
| Total Gross Pay | 3,650.81 |
| Federal Taxes | -503.77 |
| State and Local Taxes | -150.34 |
| Other Deductions | -255.80 |
| Net Pay | 2,740.90 |
| Direct Deposits | -2,740.90 |
| Net Check | 0.00 |

### Additional Information

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-6 | 3,433.01 | 229.08 | 3,143.45 |
| Medicare | | 3,590.73 | 52.06 | 730.92 |
| OASDI | | 3,590.73 | 222.63 | 3,125.32 |
| Pennsylvania SITW(Pennsylvania SITW) | M-0 | 3,590.73 | 110.24 | 1,547.53 |
| PA SUI - EE(PA SUI - EE) | | 3,650.81 | 2.19 | 30.75 |
| York Tax Collection District(Springettsbury T.) | | 3,590.73 | 35.91 | 504.10 |
| Spring Garden T.(York)(York Suburban S D)LST(Spring Garden T.(York)(York Suburban S D)LST) | | 3,650.81 | 2.00 | 30.00 |
| | | | 654.11 | 9,112.07 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Pension | 157.72 | 2,305.64 |
| PreHealth Fire Fighter | 60.08 | 845.26 |
| Fire Dues | 38.00 | 570.00 |
| | 255.80 | 3,720.90 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Checking Account | Ends with *** 1700 | 2,740.90 |
| | | 2,740.90 |

```
000028
CO.     FILE    DEPT.   CLOCK   VCHR. NO.   052
DUU     005072  004     DN50X   0000280025  1
```

# Earnings Statement

**ADP**

BREWERY PRODUCTS CO.
1017 NORTH SHERMAN STREET
YORK, PENNSYLVANIA 17402

Period Ending:  07/08/2018
Pay Date:       07/11/2018

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:   4
   PA:        N/A

KEVIN KEOUGH
335 FOLKSTONE WAY
YORK, PA 17402

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.1000 | 5.00 | 85.50 | 4,967.60 |
| **Gross Pay** | | | **$85.50** | 4,967.60 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -5.30 | 307.99 |
| | Medicare Tax | -1.24 | 72.03 |
| | PA State Income Tax | -2.62 | 152.49 |
| | Springettsbu Income Tax | -0.86 | 49.71 |
| | PA SUI/SDI Tax | -0.05 | 2.98 |
| | **Net Pay** | **$75.43** | |
| | Dir Dep Saving | -75.43 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $85.50

© 1998, 2006 ADP, LLC. All Rights Reserved

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BREWERY PRODUCTS CO.
1017 NORTH SHERMAN STREET
YORK, PENNSYLVANIA 17402

Advice number:  00000280025
Pay date:       07/11/2018

**THIS IS NOT A CHECK**

Deposited to the account of
KEVIN KEOUGH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4524 | xxxx xxxx | $75.43 |

Void After 90 Days

# NON-NEGOTIABLE

```
000021
CO.    FILE    DEPT.   CLOCK   VCHR. NO.  052
DUU   005072   004     DN50X   0000290016   1
```

# Earnings Statement

![ADP]

BREWERY PRODUCTS CO.  
1017 NORTH SHERMAN STREET  
YORK, PENNSYLVANIA 17402

Period Ending: 07/15/2018  
Pay Date: 07/18/2018

Taxable Marital Status: Married  
Exemptions/Allowances:  
   Federal: 4  
   PA: N/A

KEVIN KEOUGH  
335 FOLKSTONE WAY  
YORK, PA 17402

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.1000 | 11.50 | 196.65 | 5,164.25 |
| **Gross Pay** | | | **$196.65** | 5,164.25 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -12.19 | 320.18 |
| | Medicare Tax | -2.85 | 74.88 |
| | PA State Income Tax | -6.04 | 158.53 |
| | Springettsbu Income Tax | -1.97 | 51.68 |
| | PA SUI/SDI Tax | -0.12 | 3.10 |
| **Net Pay** | | **$173.48** | |
| Dir Dep Saving | | -173.48 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $196.65

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BREWERY PRODUCTS CO.  
1017 NORTH SHERMAN STREET  
YORK, PENNSYLVANIA 17402

Advice number: 00000290016  
Pay date: 07/18/2018

Deposited to the account of  
KEVIN KEOUGH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4524 | xxxx xxxx | $173.48 |

Void After 90 Days

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

000029
CO. FILE DEPT. CLOCK VCHR. NO. 052
DUU 005072 004 DN50X 0000300028 1

# Earnings Statement

**ADP**

BREWERY PRODUCTS CO.
1017 NORTH SHERMAN STREET
YORK, PENNSYLVANIA 17402

Period Ending: 07/22/2018
Pay Date: 07/25/2018

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 4
   PA: N/A

KEVIN KEOUGH
335 FOLKSTONE WAY
YORK, PA 17402

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.1000 | 21.25 | 363.38 | 5,527.63 |
| **Gross Pay** | | | **$363.38** | 5,527.63 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -22.53 | 342.71 |
| | Medicare Tax | -5.27 | 80.15 |
| | PA State Income Tax | -11.16 | 169.69 |
| | Springettsbu Income Tax | -3.63 | 55.31 |
| | PA SUI/SDI Tax | -0.22 | 3.32 |
| | **Net Pay** | **$320.57** | |
| | Dir Dep Saving | -320.57 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $363.38

© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BREWERY PRODUCTS CO.
1017 NORTH SHERMAN STREET
YORK, PENNSYLVANIA 17402

Advice number: 00000300028
Pay date: 07/25/2018

Deposited to the account of
**KEVIN KEOUGH**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4524 | xxxx xxxx | $320.57 |

THIS IS NOT A CHECK

Void After 90 Days

# NON-NEGOTIABLE

```
000021
CO.     FILE    DEPT.   CLOCK   VCHR. NO.  052
DUU     005072  004     DN50X   0000310018  1
```

# Earnings Statement

**ADP**

BREWERY PRODUCTS CO.
1017 NORTH SHERMAN STREET
YORK, PENNSYLVANIA 17402

Period Ending:   07/29/2018
Pay Date:        08/01/2018

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:   4
   PA:        N/A

KEVIN KEOUGH
335 FOLKSTONE WAY
YORK, PA 17402

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.1000 | 5.00 | 85.50 | 5,613.13 |
| **Gross Pay** | | | **$85.50** | 5,613.13 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -5.30 | 348.01 |
| | Medicare Tax | -1.24 | 81.39 |
| | PA State Income Tax | -2.62 | 172.31 |
| | Springettsbu Income Tax | -0.86 | 56.17 |
| | PA SUI/SDI Tax | -0.05 | 3.37 |
| | **Net Pay** | **$75.43** | |
| | Dir Dep Saving | -75.43 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $85.50

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BREWERY PRODUCTS CO.
1017 NORTH SHERMAN STREET
YORK, PENNSYLVANIA 17402

Advice number:   00000310018
Pay date:        08/01/2018

**THIS IS NOT A CHECK**

Deposited to the account of
KEVIN KEOUGH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4524 | xxxx xxxx | $75.43 |

Void After 90 Days

## NON-NEGOTIABLE