UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: KEVIN MICHAEL KEOUGH | CASE NO: 18-3251 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 10/26/2018, I did cause a copy of the following documents, described below,

341 meeting of creditors

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/26/2018

/s/ Dawn Cutaia
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KEVIN MICHAEL KEOUGH

CASE NO: 18-3251

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 10/26/2018, a copy of the following documents, described below,

341 meeting of creditors

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/26/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| DEBTOR<br>KEVIN MICHAEL KEOUGH<br>335 FOLKSTONE WAY<br>YORK PA 17402 | CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-18-BK-03251-RNO<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>FRI OCT 26 11-46-55 EDT 2018 | ALLY AUTO<br>PO BOX 9001951<br>LOUISVILLE KY 40290-1951 |
|---|---|---|
| ALLY FINANCIAL<br>200 RENAISSANCE CTR<br>DETROIT MI 48243-1300 | ALLY FINANCIAL<br>ATTN BANKRUPTCY DEPT<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 | ALLY FINANCIAL<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 |
| CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI<br>AIS PORTFOLIO SERVICES LP<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 |
| DAWN MARIE CUTAIA<br>PUGH AND CUTAIA PLLC<br>115 E PHILADELPHIA STREET<br>YORK PA 17401-2437 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | DEPARTMENT OF REVENUE<br>1 REVENUE PLACE<br>HARRISBURG PA 17129-0001 |
| FBC MORTGAGE LLC<br>CO CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING NJ 08618-1430 | FBC MORTGAGE<br>425 PHILLIPS BLVD<br>YORK PA 17402 | FBC MORTGAGE LLC<br>189 SOUTH ORANGE AVESTE<br>ORLANDO FL 32801 |
| FINGERHUT<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD MN 56303-0820 | FINGERHUT<br>ATTN BANKRUPTCY<br>PO BOX 1250<br>SAINT CLOUD MN 56395-1250 | IRS CENTRALIZED INSOLVENCY OPER<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| DEBTOR<br>KEVIN MICHAEL KEOUGH<br>335 FOLKSTONE WAY<br>YORK PA 17402-4229 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | PENN CREDIT<br>916 S 14TH ST<br>HARRISBURG PA 17104-3425 |
| PENN CREDIT<br>ATTNBANKRUPTCY<br>PO BOX 988<br>HARRISBURG PA 17108-0988 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 248838<br>OKLAHOMA CITY OK 73124-8838 |
| VERIZON WIRELESS<br>ATTN VERIZON WIRELESS BANKRUPTCY<br>500 TECHNOLOGY DR STE 550<br>WELDON SPRING MO 63304-2225 | VERIZON WIRELESS<br>PO BOX 650051<br>DALLAS TX 75265-0051 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
YORK ADAMS TAX BUREAU            YORK ADAMS TAX CLAIM BUREAU
PO BOX 15627                     PO BOX 15627
YORK PA 17405-0156               YORK PA 17405-0156
```