# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin Michael Keough | Chapter 13 |
| Debtor | |
| Kevin Michael Keough | 1:18-bk-03251-RNO |
| Movant | |
| | Motion to Extend Time to Pay filing fee in Installments |

**MOTION FOR EXTENSION OF TIME TO PAY FILING FEE IN INSTALLMENTS**

**AND NOW, this 10th day of December 2018, the Debtor, by and through his attorney, files this Motion for Extension of Time to Pay Filing Fee and in support thereof states the following:**

1. Debtor filed a Chapter 13 bankruptcy petition on August 2, 2018.

2. Debtor filed an Application to Pay Filing Fee in Installments on August 2, 2018.

3. Debtor's application was granted on August 3, 2018.

4. Debtor's filing fee was due on November 30, 2018.

5. Debtor requests an extension until January 29, 2019 to pay the filing fee in full.

**WHEREFORE**, Debtor respectfully requests this Honorable Court grant him an extension until January 29, 2019, to pay the filing fee.

Date: 12/10/18                    Respectfully Submitted:

/s/ Dawn M. Cutaia
Supreme Court ID
77965 Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin Michael Keough | Chapter 13 |
| Debtor | |
| Kevin Michael Keough | 1:18-bk-03251-RNO |
| Movant | |
| | Motion to Extend Time to Pay filing fee in Installments |

## **ORDER**

Upon consideration of the Debtor's Motion to Extend Time to Pay Filing Fee in Installments, said Motion is hereby GRANTED and the Debtor is given an extension until January 29, 2019, to pay the filing fee.