```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 18-03251-RNO
Kevin Michael Keough                                                    Chapter 13
         Debtor                       CERTIFICATE OF NOTICE

District/off: 0314-1          User: DGeorge                Page 1 of 2         Date Rcvd: Dec 10, 2018
                              Form ID: ntcnfhrg            Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
```
db              +Kevin Michael Keough,    335 Folkstone Way,    York, PA 17402-4229
5105403        ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court:   Columbia Gas of Pennsylvania,     P O Box 117,    Columbus OH 43216)
5092101          Department of Revenue,    1 Revenue Place,    Harrisburg PA 17129-0001
5118351         +FBC Mortgage, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
5092105          Fbc Mortgage,    425 Phillips Blvd,    York PA 17402
5092106          Fbc Mortgage Llc,    189 South Orange Aveste,    Orlando FL 32801
5092110         #+Penn Credit,    916 S 14th St,    Harrisburg PA 17104-3425
5092109         +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg PA 17108-0988
5092099         +York Adams Tax Claim Bureau,     PO BOX 15627,   York PA 17405-0156
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 10 2018 19:49:04
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
5092102         +E-mail/Text: ally@ebn.phinsolutions.com Dec 10 2018 19:45:02      Ally Auto,    P.o. Box 9001951,
                 Louisville KY 40290-1951
5092103         +E-mail/Text: ally@ebn.phinsolutions.com Dec 10 2018 19:45:02      Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington MN 55438-0901
5105667          E-mail/Text: ally@ebn.phinsolutions.com Dec 10 2018 19:45:02      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
5092104         +E-mail/Text: ally@ebn.phinsolutions.com Dec 10 2018 19:45:02      Ally Financial,
                 200 Renaissance Ctr,    Detroit MI 48243-1300
5094191         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 10 2018 19:48:41
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5092107         +E-mail/Text: bnc-bluestem@quantum3group.com Dec 10 2018 19:45:51       Fingerhut,
                 Attn: Bankruptcy,    Po Box 1250,    Saint Cloud MN 56395-1250
5092108         +E-mail/Text: bnc-bluestem@quantum3group.com Dec 10 2018 19:45:51       Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud MN 56303-0820
5092100          E-mail/Text: cio.bncmail@irs.gov Dec 10 2018 19:45:12      IRS Centralized Insolvency Oper.,
                 Post Office Box 7346,    Philadelphia PA 19101-7346
5105733          E-mail/Text: bkr@cardworks.com Dec 10 2018 19:44:58      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5113868          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 10 2018 19:48:43       Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
5092112         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 10 2018 19:45:00
                 Verizon Wireless,    Po Box 650051,    Dallas TX 75265-0051
5092111         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 10 2018 19:45:00
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy,    500 Technology Dr, Ste 550,
                 Weldon Spring MO 63304-2225
5104883         +E-mail/Text: kcm@yatb.com Dec 10 2018 19:45:03      YORK ADAMS TAX BUREAU,    PO BOX 15627,
                 YORK, PA 17405-0156
                                                                                              TOTAL: 14

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                      Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Kevin Michael Keough dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor   FBC Mortgage, LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kevin Michael Keough,

**Debtor 1**

Chapter 13

Case No. 1:18–bk–03251–RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **January 9, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 16, 2019<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 10, 2018 |

ntcnfhrg (03/18)