```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                                    Case No. 18-03251-RNO
Kevin Michael Keough                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: DGeorge            Page 1 of 1            Date Rcvd: Dec 11, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
db            +Kevin Michael Keough,    335 Folkstone Way,    York, PA 17402-4229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Kevin Michael Keough dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor   FBC Mortgage, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin Michael Keough | Chapter 13 |
| Debtor | |
| Kevin Michael Keough | 1:18-bk-03251-RNO |
| Movant | |
| | Motion to Extend Time to Pay filing fee in Installments |

**ORDER**

Upon consideration of the Debtor's Motion to Extend Time to Pay Filing Fee in Installments, said Motion is hereby GRANTED and the Debtor is given an extension until January 29, 2019, to pay the filing fee.

Dated: December 11, 2018                 By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_ (DG)