# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: KEVIN MICHAEL KEOUGH | CASE NO: 18-3251 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 7/9/2019, I did cause a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/9/2019

/s/ Dawn M. Cutaia
Dawn M. Cutaia
Cutia Law
115 E. Philadelphia St.
York, PA  17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KEVIN MICHAEL KEOUGH

CASE NO: 18-3251

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/9/2019, a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/9/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn M. Cutaia
Cutia Law
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-18-BK-03251-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
TUE JUL 9 09-49-28 EDT 2019

ALLY AUTO
PO BOX 9001951
LOUISVILLE KY 40290-1951

ALLY FINANCIAL
200 RENAISSANCE CTR
DETROIT MI 48243-1300

ALLY FINANCIAL
ATTN BANKRUPTCY DEPT
PO BOX 380901
BLOOMINGTON MN 55438-0901

ALLY FINANCIAL
PO BOX 130424
ROSEVILLE MN 55113-0004

CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI
AIS PORTFOLIO SERVICES LP
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

COLUMBIA GAS
290 W NATIONWIDE BLVD 5TH FL
BANKRUPTCY DEPARTMENT
COLUMBUS OH 43215-4157

DAWN MARIE CUTAIA
PUGH AND CUTAIA PLLC
115 E PHILADELPHIA STREET
YORK PA 17401-2437

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

DEPARTMENT OF REVENUE
1 REVENUE PLACE
HARRISBURG PA 17129-0001

FBC MORTGAGE LLC
CO CENLAR FSB
425 PHILLIPS BLVD
EWING NJ 08618-1430

FBC MORTGAGE
425 PHILLIPS BLVD
YORK PA 17402

FBC MORTGAGE LLC
189 SOUTH ORANGE AVESTE
ORLANDO FL 32801

FINGERHUT
6250 RIDGEWOOD ROAD
SAINT CLOUD MN 56303-0820

FINGERHUT
ATTN BANKRUPTCY
PO BOX 1250
SAINT CLOUD MN 56395-1250

IRS CENTRALIZED INSOLVENCY OPER
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

DEBTOR
KEVIN MICHAEL KEOUGH
335 FOLKSTONE WAY
YORK PA 17402-4229

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

PENN CREDIT
916 S 14TH ST
HARRISBURG PA 17104-3425

PENN CREDIT
ATTNBANKRUPTCY
PO BOX 988
HARRISBURG PA 17108-0988

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 248838
OKLAHOMA CITY OK 73124-8838

VERIZON WIRELESS
ATTN VERIZON WIRELESS BANKRUPTCY
500 TECHNOLOGY DR STE 550
WELDON SPRING MO 63304-2225

VERIZON WIRELESS
PO BOX 650051
DALLAS TX 75265-0051

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

YORK ADAMS TAX BUREAU
PO BOX 15627
YORK PA 17405-0156

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

YORK ADAMS TAX CLAIM BUREAU
PO BOX 15627
YORK PA 17405-0156