UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Kevin Michael Keough                               CHAPTER 13

              Debtor(s)                            CASE NO.   18-bk-03251-HWV

### AMENDED MOTION TO AUTHORIZE WAGE ATTACHMENT

**COME NOW**, the Debtor, Kevin Michael Keough, by and through counsel, Dawn M. Cutaia, and respectfully represents:

1. The Debtor, Kevin Michael Keough, filed a Chapter 13 Petition on August 2, 2018.
2. The Debtor receives regular income from employment with York Area United Fire & Rescue which may be attached under 11 U.S.C. § 1326 to fund the Chapter 13 Plan.
3. The likelihood of success in this case will increase if the Motion for Wage Attachment is granted.

**WHEREFORE**, the Debtor respectfully requests this Court enter an Order directing the above-mentioned employer to Pay Trustee in the amount set forth in the attached Order.

Date: January 2, 2020                              Respectfully Submitted,

                                                   By:  **/s/ Dawn M. Cutaia**
                                                   Supreme Court ID 77965
                                                   Attorney for Debtor
                                                   115 East Philadelphia Street
                                                   York, PA 17401
                                                   717-304-1841
                                                   dmcutaia@gmail.com

# UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Kevin Michael Keough                      CHAPTER 13

            Debtor(s)             CASE NO.    18-bk-03251-HWV

## ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

    **IT IS HEREBY ORDERED** that until further Order of this Court:

    **Employer:**    York Area United Fire & Rescue
                             Attn: Lisa Einsig, Administrative Assistant
                             50 Commons Drive
                             York Pa 17402
                             717-718-2383

**Shall deduct from Kevin Michael Keough income the sum of $411.80 each bi-weekly pay**, beginning with the first pay in **March 2020,** and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

                       Chapter 13 Trustee
                       PO Box 7005
                       Lancaster PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

                                                     **By the Court**

                                                     _____

                                                      ,Judge