```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                          Case No. 18-03251-HWV
Kevin Michael Keough                                            Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 1      Date Rcvd: Feb 28, 2020
                      Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.
         +York Area United Fire and Rescue,    ATTN: Lisa Einsig Admin Asst,    50 Commons Drive,    York, PA 17402-2636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         Dawn Marie Cutaia    on behalf of Debtor 1 Kevin Michael Keough dmcutaia@gmail.com, cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
         James Warmbrodt    on behalf of Creditor    FBC Mortgage, LLC bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Kevin Michael Keough             CHAPTER 13

    Debtor(s)             CASE NO.    18-bk-03251-HWV

## ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

    **IT IS HEREBY ORDERED** that until further Order of this Court:

    **Employer:**    York Area United Fire & Rescue
                             Attn: Lisa Einsig, Administrative Assistant
                             50 Commons Drive
                             York Pa 17402
                             717-718-2383

**Shall deduct from Kevin Michael Keough income the sum of $411.80 each bi-weekly pay**, beginning with the first pay in **March 2020,** and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

                 Chapter 13 Trustee
                 PO Box 7005
                 Lancaster PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

Dated: February 28, 2020          By the Court,

                                          _Henry W. Van Eck_
                                          Henry W. Van Eck, Chief Bankruptcy Judge (JH)