UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KEVIN MICHAEL KEOUGH : CHAPTER 13
    Debtor(s) :
                                 :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
                                 :
    vs. :
                                 :
KEVIN MICHAEL KEOUGH :
    Respondent(s) : CASE NO. 1-18-bk-03251

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

    AND NOW, this 12th day of March, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor has excess non-exempt equity in the following:

        a. All assets – non exempted. (Amended Schedule C needed)

    2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a. The plan is underfunded relative to claims to be paid – IRS Claim #1.
        b. The debtor(s) defaulted in the payment of post-petition mortgage obligations under their previous plan.

    3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

        a. Unfiled 2014, 2016 and 2017 Federal Income Tax Returns – Claim #1. (Second request)

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a. Deny confirmation of debtor(s) plan.

     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

                                                Respectfully submitted:

                                                Charles J. DeHart, III
                                                Standing Chapter 13 Trustee
                                                8125 Adams Drive, Suite A
                                                Hummelstown, PA 17036
                                                (717) 566-6097

               BY:              /s/James K. Jones
                                  Attorney for Trustee

## CERTIFICATE OF SERVICE

        AND NOW, this 12th day of March, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Cutaia, Esquire
115 East Philadelphia Street
York, PA  17401

                                                /s/Deborah A. Behney
                                                Office of Charles J. DeHart, III
                                                Standing Chapter 13 Trustee