IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 1-18-03251(HWV) |
| KEVIN MICHAEL KEOUGH | : | |
|    Debtor(s) | : | CHAPTER 13 |
| | : | |
| ALLY FINANCIAL INC. | : | Nature of Proceeding: Stipulation Resolving |
|    Movant(s) | : | Ally Financial Inc.'s Motion for Relief |
| | : | |
| KEVIN MICHAEL KEOUGH | : | Pleading: Ally Financial Inc.'s Motion for |
| CHARLES J. DEHART, III, Trustee | : | Relief |
|    Respondent(s) | : | Document #: 112 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐   The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

■   The undersigned counsel certifies as follows:

(1)   A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

       ☐   Thirty (30) days.

       ■   Forty-five (45) days.

       ☐   Sixty (60) days.

(2)   If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)   Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:  February 16, 2021            s/ Regina Cohen

                                           Attorney for   Ally Financial Inc.

2222747v1