UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                      CASE NO. 18-03251

**Kevin Michael Keough**

       Debtor (s)                              Chapter 13

## CERTIFICATE OF SERVICE

    I, Dawn M. Cutaia, of Pugh & Cutaia PLLC, hereby certify that on 4/1/2021, a true and correct copy of the foregoing **NOTICE OF MOTION TO MODIFY PLAN POST CONFIRMATION, MOTION TO MODIFY PLAN POST CONFIRMATION, CERTIFICATION REGARDING SERVICE OF AMENDED CHAPTER 13 PLAN AND 5th AMENDED PLAN,** was served by electronic filing and/or first-class mail, postage prepaid on the following parties:

    Ally Bank
    PO Box 130424
    Roseville, MN 55113-0004

**served via ECF**

                                                           Respectfully Submitted:

                                                             /s/ Dawn M. Cutaia
                                                           Pugh & Cutaia PLLC
                                                          115 E. Philadelphia St.
                                                              York, PA 17401